UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO.: 1:23-bk-00732-HWV |
| **Erik Owen Hoke** | |
| Debtor. | |
| _____/ | |
| | |
| **CSMC 2019-RPL7 Trust,** | |
| Movant, | |
| v. | |
| **Erik Owen Hoke** | |
| **Jack N Zaharopoulos** | |
| Respondents. | |
| _____/ | |

## ORDER

Upon consideration of CSMC 2019-RPL7 Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), Doc. 33, and no response having been filed, it is

**ORDERED** that the automatic stay provisions of Section 362 of the Bankruptcy Code are terminated with respect to CSMC 2019-RPL7 Trust. It is further

**ORDERED** that CSMC 2019-RPL7 Trust, its successors and/or assignees are entitled to proceed with appropriate state court remedies against the property located at 1951 Park St, Dover, PA 17315, including without limitation a sheriff's sale of the property.

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 18, 2025