# Notice Recipients

District/Off: 0314−1  User: AutoDocketer  Date Created: 2/18/2025
Case: 1:23−bk−00732−HWV  Form ID: pdf010  Total: 2

**Recipients of Notice of Electronic Filing:**
aty   Christopher G. Cassie   ccassie@keaveneylegalgroup.com
aty   Robert Shearer   rshearer@raslg.com

TOTAL: 2